## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jessicca Spurck, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>-against-<br><br>Demet's Candy Company, LLC,<br><br>        Defendant. | Case No. 7:21-cv-05506-NSR<br><br>**NOTICE OF MOTION TO DISMISS COMPLAINT** |

   PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Complaint, Defendant Star Brands North America, Inc., erroneously named in the Complaint as Demet's Candy Company, LLC, moves before the Honorable Nelson Stephen Román, United States District Court Judge for the Southern District of New York, at the United States District Courthouse, 300 Quarropas Street, White Plains, NY 10601, Courtroom 218, for an order dismissing the Complaint of Plaintiff Jessica Spurck (Dkt. 1) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that the Complaint fails to state a claim upon which relief can be granted.

Dated: December 21, 2021
                      Respectfully submitted,

                      */s/ August T. Horvath*
                      August T. Horvath (AH 8776)
                      *ahorvath@foleyhoag.com*
                      FOLEY HOAG LLP
                      1301 Avenue of the Americas, 25th floor
                      New York, NY 10019
                      Tel:  (646) 927-5500
                      Fax (646) 927-5599

                      *Attorneys for Defendant Star Brands North America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of December 2021, a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service via electronic mail.

>/s/ August T. Horvath
August T. Horvath

FoleyHoagUS10541763.1