**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JESSICCA SPURCK, individually and on behalf of
all others similarly situated,

                        Plaintiff,

    -against-                                     21 **CIVIL** 5506 (NSR)

                                                         **JUDGMENT**

DEMET'S CANDY COMPANY, LLC,

                        Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 27, 2022, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      July 28, 2022

                                                       **RUBY J. KRAJICK**

                                                         Clerk of Court
                          **BY:**    *K. Mango*
                                                        **Deputy Clerk**